The Honorable Jose E. Martinez
District Judge of the United States District Court
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue   Room 10-1
Miami, Florida 33128



10 April 2020

Dear Judge Martinez,

I am writing this letter on behalf of Thomas Keelan (Thomas P. Keelan 98219004 FCI Fort Dix)

I'm writing this on behalf of Thomas Keelan

**Case Number: 17-20158-CIV-MARTINEZ-GOODMAN**
**(Criminal Case Number: 12-10496-CR-MARTINEZ)**

Dear Judge Goodman,

This letter is not to address legal decisions, but to address Thomas Keelan himself. I knew Tom for a number of years when he was a teacher at The Community School, a school my son attended in Sun Valley, Idaho.

Tom was more than a teacher. He was a confidant and friend to many. The Community School has long had a tradition of giving students at graduation the opportunity to express, in front of family, teachers and peers, gratitude to those whose support helped guide and assist them through upper school's sometimes rocky road of personal and scholastic challenges. Although I do not have an actual "count", over the years I witnessed Tom given accolades by many students who, with open heart, thanked Tom, crediting him for helping them find their own voices. There were always a few who acknowledged that Tom "saved" them as they stumbled through their adolescence.

Prison, it seems, serves as society's means for deterrence, retribution, incapacitation and ultimately rehabilitation.

At this time of Covid-19, when early release is being considered nationwide to protect those imprisoned and the many committed to their care, hopefully Tom will be considered a prime candidate. I suspect that Tom has learned from bad decisions, is not a threat to others and has met all the reasons for his imprisonment...except his long sentence.

I've learned Tom has a compromised immune system and as an older inmate he is particularly vulnerable to Covid-19. Tom is non-violent and I understand has served more than half his long sentence. As early releases are being considered (with obvious structure), Tom's release could help not only protect him, but also possibly prevent potential illness and deaths among others imprisoned, the staff as well as Floridians who potentially would be competing for the same hospital care.

I'm sure Tom's imprisonment was not meant to be a death sentence to him nor to others.

With gratitude for considering this request,

Respectfully,

*Barbi Reed*

Barbi Reed
PO Box 597
531 East 9th Street
Ketchum, ID 83340

cc: The Honorable Jonathon Goodman,
Magistrate Judge United States District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 N.E. Fourth Street   Room 1168
Miami, Florida 33132

Barbi Reed
PO Box 597
Ketchum, ID 83340


APR 15 2020
12:10 PM

RECEIVED

USMS
INSPECTED

The Honorable Jose E. Martinez
District Judge of the United States District Court
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue   Room 10-1
Miami, Florida 33128