12 April 2020

The Honorable Jonathon Goodman
Magistrate Judge US District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 NE Fourth Street   Room 1168
Miami, Florida  33132



FILED BY_____D.C.

APR 17 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE: Case Number 17-20158-CIV-MARTINEZ-GOODMAN
Criminal Case Number: 12-10496.CR-MARTINEZ

THOMAS P KEELAN 98219004

Dear Honorable Judge Goodman

My name is Robert Brock, I was Junior and Senior English teacher and the College Counselor at the Community School in Sun Valley, Idaho for 29 years. I am 73, having retired seven years ago, yet I still keep in contact with the young people in our valley and with my former teaching colleague. I was the English department chairman during Tom's time at the Community School We were a small school, with around thirty in a graduating class. Tom's classroom was right next to mine, so I heard practically every word emanating from Tom's classes, especially when he got excited, which was often. Tom was the junior English teacher for both of my sons. He was the chess mentor for my younger son. He was the director of *Midsummer Night's Dream*, in which I played the part of a member of the Wall. Over the years, I had countless hours of conversation with Tom – about colleges, about students, about his upbringing, about his son's prospects as a hockey goalie, about his marriage, about the Ethics and Values course that Tom taught when he first came to the school, about underdogs. Especially about underdogs. Needless to say, I have come to know Tom well and have continued to be in sporadic contact with him.

Tom Keelan was both principled and passionate. On occasion, he spoke about being abused by the Catholic church but I don't remember many of the details. I remember him as someone who felt he had been given a raw deal, as someone who had to battle for respect, someone who recognized when the playing field was not level, and who would throw himself onto the field in order to level it. Once, the head of our school gave Tom a few books to read, so Tom gave the head of the school two of his books to read; he didn't want to be saddled with an obligation. Respect and equality were important to him.

Tom set high standards in his classroom. As a teacher, I would try to slip in some contemporary works to pair with the "classics" and make them more palatable. Not Tom:
It was Shakespeare and Donne and Keats. He believed that his students were capable of more than they believed possible and refused to let them settle for mediocrity.

I just placed Easter Sunday (subdued, this year) calls to my sons. They both remembered Tom as an animated "defender of the nerds." Leader of the chess club and the theater crowd. Tom would not tolerate any sign of disrespect to the quieter, "meeker" students and was fearless about attacking a presumptuous display of power or privilege.

Tom's son Tristan was a promising hockey goalie. Our valley is filled with winter sports athletes (skiers, boarders, skaters, hockey players), Tristan included, but he could not find the level of competition that would bring out the best in him. Tom found a school in Indiana that would meet Tristan's academic and athletic aspirations and so off they went. I remember the theater crowd throwing a big farewell party for him. Tom's strongest student allies (typically the smartest students in the school) were convinced that his passion and liberating quirkiness, his fire, and his high standards could not be replaced. They were right.

I have been in phone contact with Tom a few times a year since he left the Community School and am aware of his story, as he tells it. I truly believe that he was earnestly and honestly trying to help a student in trouble – the deeper the pain, the more Tom would try to ease and heal it – but I also recognize, as a fellow teacher, that there is a line that we should not cross. I have ached for Tom – both for what I imagine is a kind of humiliation and for what grieves me as the loss of a fine intellect, teacher, and – as I have said – a defender of the vulnerable.

I write to Tom a few times a year in prison and spoke to him on the phone. He was animated about how he thinks he has been misunderstood and how the process of his trial did not reveal the Truth. I have to confess that even if I want to believe him, I can't follow the legal details. My own need is to hear that he has found some kind of peace, like those guys in the movies who raise birds or counsel other inmates or find religion. But I don't have a clue about how much Tom has had to fight to defend himself – both physically and emotionally. He has always had to fight for his dignity and I imagine he has had to fight for his rights and his very being. I'm not talking physical fighting...I imagine he is like a wounded cat who has to hiss in order to survive.

I am worried about his state of health, particularly if the coronavirus invades a confined space like a prison. Tom is more the guy who would read Proust and try to clarify his case to those few friends who have stuck with him than the guy who would do hundreds of push-ups in his cell. After years in prison, he probably never would want to show his back.

I earnestly hope that Tom can be released from prison and serve the rest of his time in the self-isolation that much of the nation is serving now. The only harm he is capable of causing is to himself. He will seek love, as I hope he would, and find the love he deserves, but he is no predator and is no danger to anyone. This man was not a thief or a murderer or drug dealer; he was a respected teacher, beloved by many, who twisted himself (or was twisted) into overreaching in trying to show love. Yes, sure: "shouldn't have gone there" but there is still time for him to find a way to share the decency that is part of him.

I have been very candid, sir, in my letter but – like so many of us – I have already become wearied by the economic, social, and psychological toll that the Covid-19 pandemic has wrought upon us. I think that Tom Keelan has suffered enough in the prison and out among us, still serving his time, he may be able to translate that suffering into a kind of pained wisdom that can actually help others and bring him to a new place in the awareness of the meaning of his journey.

Thank you for listening. I feel better for having written.

Happy Easter,

Respectfully

Robert Brock
421 Deerwood Dr
Hailey ID 83333


Cc: The Honorable Jose E Martinez

BRock
421 Deerwood DR.
Hailey ID 83333

APR 17 2020
12:06 PM

USMS INSPECTED

RECEIVED

33128318807

The Honorable Jose E Martinez
District Judge of the United States District Court
Wilkie D Ferguson Jr. United States Courthouse
400 North Miami Avenue   Room 10-1
Miami Florida 33128

