FILED BY____AP____D.C.

Apr 16, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

U.S. COURT OF APPEALS
RECEIVED
CLERK
APR 16 2020
ATL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-20158-CIV-MARTINEZ-GOODMAN
(Criminal Case Number: 12-10496-CR-MARTINEZ)

THOMAS KEELAN,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

REC'D BY____AP____D.C.

Apr 20, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEAL
## REQUEST FOR CERTIFICATE OF APPEALABILITY

Keelan has served 8 years in June, for crimes he did not commit. Considering the depth of Government perfidy, and the present pandemic, he should be released immediately, at least to home confinement for the rest of the mandatory minimum. This is a PRO SE motion, and must be reviewed liberally. His rights were violated in the following ways:

**1. KNOWING USE OF PERJURED TESTIMONY:** This issue became cognizable ONLY on the Goodman/Martinez ruling on the 2255. Goodman says "the **PRIOR** sexual activity of J.S. has no bearing." Exclusion of evidence does NOT rewrite the truth: "Altman: Had you ever had sex before? **J.S.: NO.**" (Trial, p.364) Every phase of the proceedings was prejudiced by this falsehood. This violates profoundly the 5th and 14th Amendments promise of Due Process.

**2. UNEQUAL TREATMENT BECAUSE OF HOMOSEXUALITY:**

  A. **Manufactured outrage:** Keelan acted ONLY when J.S.'s LIFE appeared to be in serious danger from his family's abuse. Keelan

STOPPED the suicidal behavior caused by the family. Even the 11th Circuit CAP missed this fact on direct appeal, characterizing J.S.'s testimony as the OPPOSITE of what it was. FDLE Agent Cannon KNEW the truth and concealed it from the Court: **"You give me the freedom and security I need to <u>survive</u>, you know that."** (Email RE:IAY, given to Keelan, along with some 90 others, AFTER trial, in barely legible mutilated form.)

B. **DOUBLE JEOPARDY:** As far as he can see, Keelan is the ONLY person ever charged with 2422(b) for persuading the same person TWICE. FDLE Agent Cannon relied on the relationship being continuous in his brutal attempts to trap Keelan: **"One: I love you, always will!"** (Cannon-as-Jacob, email Re:IAY, concealed and mutilated.)

C. **ENTRAPMENT to MANUFACTURE FEDERAL JURISDICTION with Count Two:** Count One had a sexual relationship with no persuasion by Keelan, with NO Federal jurisdiction. Keelan had a human being BLEEDING in front of him, saying he "needed the relationship to live." (Confirmed at trial) The concealed emails from Cannon-as-J.S. show HOW a young man can emotionally manipulate an older one, by MAKING HIM RESPONSIBLE for the young man's LIFE. "I was hurting because my family was hurting me...Without you to give me my sense of worth, I didn't **value my life** at all... (C-as-JS, Re:IAY) "Hearing you in pain causes me interminable grief." (Keelan in "Re:Always", another mutilated and concealed email.) Exhibit C shows the illegible discovery version and the concealed version released after trial.

D. **INCORRECT STANDARDS OF REVIEW FOR BRADY MATERIAL:** in <u>Wearry v. Cain</u> in 2016, the Supreme Court clearly said that withheld evidence that "put the whole case in a different light" alone can support relief. Hence, one "can prevail even if...the

undisclosed information would not have affected the jury's verdict."
Certainly, the POLICE agent's knowledge that Keelan acted ONLY
when he feared for J.S.'s life, and the knowledge that J.S. had
PURSUED and MANIPULATED older men, BOTH put the whole case in a
profoundly different light. Cannon relied on a plausible narrative,
one that was profoundly untrue: that Keelan had seduced an innocent
virgin to suicide. J.S.'s family from the beginning, lied about the
cause of the suicidal behavior; this OPEN truth, ignored by the
Court. Cannon relid on **HOMOPHOBIC COGNITIVE BIAS**, knowing that the
"angels-and-demons" version he wrote with the family would be easily
believed by the jury and court.

E. **HOMOPHOBIC BIAS:** In every phase of the proceedings,
the government used, intentionally, what they knew would work on
heterosexuals. Altman struck any "never married men," from the jury
pool, a practice condemned in the 9th Circuit. He profiled for
homosexuality, and struck without cause.  One 21-year-old male
was struck by the defense. ALL the others were over 30 and never
married, making the only group systematically struck in its
entirety by either side. When Keelan pointed this out to his
direct appeal team, a bigoted assistant refused to report it to
his primary attorney, Paul Petruzzi. The attorney sabotaged the
Direct Appeal, concealing correspondence from Petruzzi as well.
The attorney, Tony Moss, wrote abusive letters to Keelan, without
Petruzzi's knowledge. He subscibed to the "virgin" theory that
Goodman/Martinez NOW claim is UNTRUE. As well, Goodman misstated
the law because of homosexuality. Keelan's ability to communicate
with Petruzzi, even on the 2255, was intentionally hampered by the
government at every turn. He was even denied an interview with
NPR by the Warden, when a heterosexual was allowed such an interview.

## TIMELINESS

Keelan would have liked to be able to engage an attorney from Lambda Legal, or at least have been able to develop these issues fully. However, the conditions at FCI Fort Dix are extremely difficult because of the Corona virus pandemic. Normal typing and copying facilities are not available, and this had to be rushed. Please consider the issues in this light.

## KNOWING USE OF PERJURED TESTIMONY

Keelan was never allowed to see the motion to introduce evidence to which Judge Goodman refers. (ECF No.29, p.1), nor Judge Martinez's sealed ruling. (CRDE No. 34,p.2) The rape shield rule is a just one, but Judge Martinez committed clear error in implementing it in a "persuasion" case.

The possibility that a young gay man would be attracted to older men, and overwhelmingly so, was simply not imagined as a possibility. It was BEYOND the moral imagination of all hetero-sexuals, which included all courts, all lawyers, and all jurors.

Knute R.'s affidavit, presented in Keelan's 2255 (and confirmed by J.S.'s "wilderness confession"), showed that J.S. had been in **"Younger for Older"** chat rooms on gay.com. as early as fall of 2008, a year and a half bfore he met Keelan. Rule 412 clearly states that the Court **"MUST** CONDUCT AN IN CAMERA HEARING AND GIVE THE VICTIM AND PARTIES A RIGHT TO ATTEND AND BE HEARD.

The Goodman/Martinez ruling clearly states that J.S.'s PURSUIT of older men was a reality, and that he had both engaged in unusual practices, (open Skype shows inserting objects), and had met random men in public places to perform fellatio. **This is NOT an indictment by Keelan of J.S.** In fact, he seems to be the only one who understood the force of J.S.'s internal desire to express his sexuality. For heterosexuals pursuing older women,

there are any number of <u>American Pie</u>-style movies to look to for
affirmation that the practice is at most mildly amusing. J.S.
had a family routinely and savagely suppressing his homosexuality,
and his fierce counter reaction should be expected.

No less a source than Altman himself pointed out the inap-
plicability of 2224(b), or the rape shield.

**"This isn't rape...I want to be very clear, I am not suggesting
that the defendant pressured J.S. against his will. That is not an
issue here..."** AUSA Altman, trial p.593.

What is persuasion, enticement, inducement or coercion, BUT
pressure to create ASSENT, which is the interpretation of the law
in the 11th Circuit as elsewhere?

The AUSA then said that Keelan "created a world" for J.S. in
which he wanted to have sex. (p.593). Besides being a ludicrous
interpretation of the statute, the "Younger for Older" world had
existed for J.S. for at least a year and a half; Keelan knew nothing
of this until post-arrest. He did not meet J.S. online,

By excluding the TRUTH, the prosecution, at least in the person
of Agent Cannon fatally prejudiced the trial.

Look at Exhibit A, and see the 70-year-old lover with J.S.
3 months before trial. That an older man could have given J.S. the
happiness to avert suicide is CLEAR, since as soon as he was
released from (an illegal) confinement, he went back to a man he
MET ONLINE as a minor who was some 15 years older than Keelan.

All his PRIOR sexual relationships as granted by the Court
PROVE all the following as lies:

His statement to the Grand Jury:

"J.S.: Uhm, I mean, **I never experienced <u>anything sexual before</u>**"

That statement was rehearsed with Agent Cannon. It appears

in Discovery #281, and is preceded by this statment by Cannon on

p. 277 "Cannon: Alright. **Now, bring you back and we'll start all**

**over."**

Cannon knew of the existence of his prior relationships, of

the "created world" in which J.S. existed BEFORE Keelan.

AUSA ALtman had J.S. repeat it at the start of his testimony,

but then hammered it home on re-direct as quoted in the intro-

duction "Altman: Had you ever had sex before? J.S.:**"NO."**

Altman then again hammered the falsehood home in his summation,

not once, but twice: it was absolutely ESSENTIAL for conviction,

and the family's subsequent claim for MONEY:

"Altman:And so soon, J.S. was doing things he'd never done,

or ever dreamed of doing before." (trial p.540)

and

"Altman: Jacob was a 15-year-old Orthodox Jewish boy who

had never had sex before. (trial p.562)


The reason this was not brought up on direct appeal, was that

the LIE ITSELF prejudiced Keelan's OWN attorneys. This is attorney

Tony Moss in a letter to Keelan when he tried to show him that J.S.

said he needed the relationship to live, threatening suicide if

Keelan did not acquiesce: **"A fifty-two-year-old man being emotion-**

**ally coerced by a 15-year-old kid, and a VIRGIN AT THAT?"** .

It is not only the jury that was prejudiced by this lie. Moss's

statement is the REASON this issue is still cognizable: the

KNOWING PERJURY by a government witness biased all of society,

INCLUDING the defense.

THE 11th CIRCUIT MUST OVERTURN ON THIS ISSUE ALONE!

The law is clear. In these cases, "...any reasonable like-

-6-

lihood that the false testimony could have affected the judgment of the jury." **Trepal v. Sec'y Fla Dep't of Corr.** 485 Fed. Appx. 428 2012 US App LEXIS 26750(11th CAP, FLA, August 14,2012).

The 11th Circuit continually ignores <u>Wearry</u> in its assesment of Brady evidence, but this falsehood qualifies as an example of the even stricter requirements of the Brady progeny of Giglio. **"Giglio** also applies where the prosecutor...made "explicit factual representations" to the court or "implicit factual representations to the jury" knowing that these representations were false." **United States v. Alzate** 47 F.3d at 110, citing <u>Augurs</u> 427 US at 103- 104 96 S.Ct at 2397. <u>Alzate</u> goes on to add "The reason the lower materiality burden applies where there is knowing use of perjured testimony is that such a situation involves prosecutorial misconduct and a **corruption of the truth-seeking function of the trial.** (above)

The falsehood went so far as to fool Magistrate judge McAliley into making a fully counter-factual assertion in her ruling on restititution "...these reports indicate that to the extent that the minor victim engaged in self-destructive behavior with other adult male predators, these activities occurred ONLY AFTER he was abused by the defendant, and were a foreseeable result of the defendant's abuse."(Doc. 160, p.12)

Keelan is rightfully anguished about this ruling, even more than his sentence. If he was not FIRST, as the Government knew he was not, HE was the product of earlier abuse. How can a magistrate judge IGNORE a previous motion concealing the truth. Only extra- ordinary homophobic bias is possible. J.S.'s family was intent on rstitution, and concocted the story that Keelan caused the suicidal behavior that they caused. **Keelan was the only on of J.S.'s conquests connected to a deep-pockets liability policy!** But a simple look at

Exhibit A, showing J.S. with the man he married and dated during Keelan's trial, the man with whom he repeated the homosexual activities so villified in Keelan's trial.He even did so DURING trial. Art Foley and J.S. waited until the week after Keelan's sentencing so as not to publicly draw attention to the falsehood. When Petruzzi tried to speak to J.S., Foley threatened to sick his dogs on both Petruzzi and Betty Vasquez. They subsequently filed a fully spurious Bar Complaint.

**When J.S. won the money awarded to the family by McAliley, HIS FAMILY <u>SUED HIM!</u>**

The restitution ruling has been used as precedent in a vast number of other cases of 2422(b), and the government has a vested interest in IGNORING TRUTH in this case.

As wrenching as the ruling might be, it is required by BASIC JUSTICE. Justice without truth is the fiction of fascism.

Please remember that the prosecution "team is considered a unitary entity, and favorable information possessed by the police but unknown to the prosecutor is **nonehteless** subject to the Brady test." **<u>Breedlove v. Moore</u>** 279 F.3d 952 (CAP 11)

Even more disturbing is that Judge McAliley now characterizes J.S.'s willful and hotly pursued happiness in his marriage to Art Foley as "abuse from another adult male predator." Indeed, J.S. met Foley online, and thus he is guilty of 2224(b), the online component adding the Federal jurisdiction that is NOT truly extant in Keelan's case.

THE 11th <u>MUST OVERTURN</u> ON THIS ISSUE ALONE.

Upon recept of the COA, Keelan will brief these motions in full. The Court must be lenient given the present impossible circumstances.

-8-

A. **MANUFACTURED OUTRAGE:** Anyone who caused J.S. to fall into an ever-worsening spiral of self-harm desrves not 200 months, but death. Had Keelan done so, he would have committed suicide. The outrage, published as far as <u>The London Daily Mirror</u>, was a FICTION. J.S.'s testimony about the cause of the suicidal behavior is reproduced below directly from the transcript. J.S. was in an ever-worsening spiral NOT because of his sexuality, but his family's religious-based suppression of it. The testimony is UNEQUIVOCAL:

p.227-228
Trial
Transcript
(events,
June 2009
Testimony
(January 2013)

8  A.  There was a period in my life, I have to put it around the

9  summer year of my 9th grade year, a lot was going on.  You know,

10  finding out who I was with religion and stuff like that, I got

11  very depressed and I started to cut myself.

12  Q.  Could you just lay out a little bit more for the jurors why

13  you would cut yourself?

14  A.  Well, there are a couple of reasons.  I mean one, I couldn't

15  deal with the emotions that were going on, that was the easiest

16  way to do it for me.  I -- well, religiously my parents were

17  pretty religious and I wasn't so sure that I wanted to be

18  religious.  And, you know, at the time, I just felt like my

19  parents couldn't accept that.  So I brought it up a couple of

20  times, but it was easier to cut myself.

21       And also, I felt like I had feelings towards guys at

22  the time and I didn't know how to bring that up, especially in

23  the religious society that, you know, the community that I was

24  living in at the time.

25  Q.  Now, with what kind of things would you cut yourself with?

1  A.  Well, first it wasn't very frequent.  It was, you know,

2  maybe once a month, once a week, once a month.  It progressively

3  got worse, eventually I did it during school hours.  Anything I

4  could find, get my hands on:  Knives, scissors, pens, anything

5  sharp enough that would do the job.

Indeed, what STOPPED the suicidal depression and reversed the

progress of the suicidal behavior is equally clear:

Jacob's cross p. 338-39 Trial Transcript (January 2013)

| | |
|---|---|
| 9 | Q. So that's sort of what in this context, you picked Tom, |
| 20 | right? |
| 21 | A. If we look at it that way, yeah. |
| 22 | Q. And then once you started sleeping with him, you were happy, |
| 23 | right? |
| 24 | A. At the time I thought I was happy, yes. |
| 25 | Q. Well, you stopped cutting yourself at that point, right? |
| 1 | A. No, I still cut myself occasionally. |
| 2 | Q. Okay. |
| 3 | A. Yeah. |
| 4 | Q. With less frequency? |
| 5 | A. Yes, with less frequency. |
| 6 | Q. Tom really did not want you to be cutting yourself? |
| 7 | A. That's what he claimed, yeah. |

The 11th Circuit's reference to this testimony is bafflingly

wrong-headed:

11th Cir. CAP Decision LIES about MURDER!

The chronology of the trial evidence firmly supported

the conclusion that J.S.'s prior mental health problems were secondary to Keelan's

manipulation and abuse. J.S.'s mental well-being, according to his own trial

testimony, deteriorated precipitously after Keelan sexually exploited him.

Please look at J.S.'s testimony about the cause of the cutting

and the depression, and process the false statements by his family

to police and courts:

Elyse S., discussing the possibility of the parents' suing:

Elyse Saltzman, Esq.< elysesaltzman@gmail.com>                    Thu. Aug 25, 2011 at 4:24 PM

Elyse Saltzman  To: david@seltzerlaw.com          MUNCHAUSEN-by-PROXY

LIES to attorney    Keelan is militantly gay and proud former Catholic, groomed Jacob to hate Jews, women, any form of
for $$$ for         religion/morality/legal authority that would shun or prevent them being together. Jacob started cutting
Suicidal Behavior   himself, becoming depressed, stopped eating, and at one point had suicidal tendencies during the
SHE helped CAUSE!   beginning of Keelan's abuse. We sent Jacob to therapy but it did not help the depression

Dr. John Shaw of the University of Miami:

accusations, Dr. Shaw concluded that "[i]t is apparent in retrospect that a continuous thread in his

psychological presentation and suicidal ideation was related to his sexual involvement with an

adult." KEELAN HAS THE RIGHT TO BE FURIOUS AT OPEN FALSEHOOD FOR $$$.

Again, Keelan points out that the suicidal behavior WAS

CAUSED BY THE FAMILY. Look back at RE:IAY, and realize that

Agent Cannon knew this to be true. "You give me the freedom and

security I need to survive, youknow that...I was hurting because

**my family was hurting me**...Without you...Ididn't value my life

at all."

What did Dr. S, J.S.'s father tell psychologists? The

falsehood propagated by Cannon, with or without the knowledge

of AUSA Altman.


All this time J.S. was afraid to tell us what was

happening to him. He started to cut himself. We took him to a

psychologist. Then to a psychiatrist, Dr. Shaw. Chairman of

the Department of Child Psychiatry at the University of Miami.

Eventually as we confronted J.S. more and more, and as

things got really worse, for J.S.'s safety

If any right-wing organization ever finds this, the 11th
Circuit, upheld by the Supreme Court's refusal of Certiorari,
has established that **MENTAL WELL-BEING FOR GAY MEN IS SUICIDE!!!**

This must be overturned at all costs.

B. **DOUBLE JEOPARDY:** The issue is self-explanatory. If as Agent
Cannon manipulated in his concealed emails, J.S. was continuing
an ongoing relationship, which every one of the emails contended,
then Count Two is simply Count One falsified for Federal jurisdiction.
Keelan can find no other example in the judicial records of any
circuit of another such charge.

If the government claims the continuation of the relationship
is two charges, what is to prevent them from dividing every second
of the relationship, and charging Keelan for every day, multiplying
charges to infinity. Why not charge him with 365 Counts for each
day of the year?

Keelan was charged with persuading or attempting to persuade
J.S. into a sexual relationship on Count One, and persuading or
attempting to persuade J.S. into a sexual relationship on Count
Two.

"...the Court must only look to the elements of each crime
to determine whethere are two offenses or one." **United States v.**
**Ibarquen-Mosquera** 634 F3d 1370 (CAP 11, Feb.10, 2011)

There must be "two distinct statutory provisions." (Ibid.)

**BUT KEELAN IS A DISGUSTING FAGGOT, SO ANYTHING GOES.**

C. ENTRAPMENT TO MAUFACTURE JURISDICTION: Count Two is already
shown to be spurious, but its implementation goes far beyond the
bounds of acceptable conduct for the police. There has NEVER been
a ruling of "outrageous  government conduct" in the 11th Circuit:
as you have seen in RE:IAY, **Cannon** repeatedly threatens J.S.'s DEATH.

Keelan had informed the rabbis at Hebrew Academy on THREE different occasions about the ever-worsening suicidal behavior, twice to Head Rabbi Shifman, and once to the "liberal" Rabbi Lefkowitz. They had a responsibility to report the familial abuse to state welfare. When Keelan offered to J.S. to go to state welfare himself, J.S. told him his parents would lie to authorities, presenting themselves as a put-upon religious family, and have J.S. locked up.

These issues were never investigated. Keelan had good reason to believe such action by his family would push J.S. over the suicidal edge. When J.S. eventually told Keelan he wanted a sexual relationship "in order to live," Keelan REPEATEDLY refused as the REAL trial testimony showed. Did Tom tell you the relationship was a bad idea? J.S. Yes./Did Tom tell you he could love you without sex? J.S. Yes./Did you tell Tom...you needed the relationship to live? J.S. Yes, I was very dependent./Did you tell Tom you would find some other older man?J.S. Yes, I said that.

Keelan believed that if he went to J.S.'s family, they would KILL him. J.S. belived so as well. It was the final assertion that J.S. would go "on the street" to find someone that ultimately made Keelan concede. Read the further evidence at trial that by this point J.S. was cutting his stomach and thighs, and showing Keelan the injuries, making him responsible.

"To establish the defense of duress, a defendant must prove by a preponderance of evidence that: (1) he faced an immediate threat of imminent harm to himself or OTHERS;(2) he had a well-founded belief that the threat would be carried out;(3) he had no reasonable opportunity to escape or inform the police. **United States v. Escudero** 761 Fed. APPX 949 (11th CAP Feb.12, 2019), citing US

-13-

v. Alzate, above.

As well, in viewing the second count alone, "...government inducement requires an element of persuasion or mild coercion..." **United States v. Brown** 43 F.3d 618, (11th CAP 1995)

The following section on Brady goes a long way to explaining this issue on Count Two. Exhhibit B is Re:IAY, the most important piece of withheld evidence. The 80-90 pages of emails NOT given until Keelan until after trial are now in the hands of the Petruzzi firm. They WERE NOT INCLUDED IN DISCOVERY, and thus when he was appointed as CJA for the direct appeal, he was given none of them. Had Keelan been given the Federal maximum guideline for Statutory Rape, with no regard to the suicidal behavior being stopped, he still would have left prison in spring of 2016.

Why was none of this brought up by his direct appeal attorneys? When Keelan sent a letter about the truth and the missing evidence to Petruzzi, it was intercepted by Tony Moss, with this as a response: **"Here's what you don't seem to get, Tom: your case was lost the minute you admitted to Cannon and Carpintieri that you and Jacob had a sexual relationship...Come to think about it, I feel bad for Randall and Becker myself..."** (Letter of June 9,2014.)

This is NOT just ineffective counsel; this is sabotage by a defense attorney of his client's case. It is PURE HATRED of homosexuality, as Moss goes on to expose. The possibility of J.S. pursuing older men for sex, and having done so for years, simply escapes the hetero world. That a straight teen would be doing so is a GIVEN. We ARE the same as you.

Moss made his ultimate statement, the one that caused Keelan's own son to abandon him: **"Your own son...was once 15. If you as his father, were to have found out that some male teacher your age was**

giving him blowjobs in a parked car, or butt-fucking him in some fleabag motel,...would you be so quick to say...if it makes him happy so be it?" (letter of June 9,2014)

Petruzzi removed Moss immediately on seeing this, but it sums up the attitude of Martinez/McAliley/Goodman/J.S.'s family:

BETTER DEAD THAN GAY!

Is this the position of the 11th Circuit?

Moss's foul hatred is the majority position, one belied by Exhibit A, and by the extraordinary emotional appeal evinced by REPLAY, Exhibit B.

Exhibit C is the series of emails showing that on Count Two Cannon initiated contact, NOT Keelan as required by precedent in 2422(b). It establishes that Cannon threatened Keelan repeatedly to initiate contact.

Keelan in a text: **I cannot function if you are in danger, even emotionally. Please be happy and patient. IAYA" (Dis. #220)**

It is a response to Cannon-as-J.S.'s text: **I'm worried that you've moved on. I feel so alone."** (#220)

Cannon was brutal. Again, Keelan was made to feel that he alone was responsible for J.S.'s NOT committing suicide. It is sick.

Likewise to Moss, Goodman said that J.S.'s state of mind was not relevant to the charge. This essentailly asserts that for homosexuals, persuasion, statutory rape, and forcible rape are all the same.

Remember that on Count Two J.S. was acting as an agent for the government, and REFUSED TO ALLOW KEELAN TO TURN HIMSELF IN ON COUNT ONE. Three times, in fact.

The police cannot insist on the commission of crime. These are in the phone records, and will be produced for a hearing.

Death threats, 80-90 PAGES of emails (mutilated and withheld),

-15-

D. **BRADY MATERIAL:** Putting the whole case in a different light:

1. Knowing use of perjured testimony (Giglio standard)

2. Perjury to Grand Jury (invalid indictment)

3. Knowing falsehood on cause of suicide.(Deep prejudice)

4. 80-90 PAGES of emails. (Brady, requires explanation from FPD.)

5. Photos of J.S. and husband 3 months before trial (IN prison)

6. Knute R.'s affidavit and appearance in JS confession. (Showing government falsification of "virginity" by two years)

7. Several minor perjuries by Cannon and Jacob. (Date of phone calls(J.S.) to parents about cutting, availability of witness Merrill, Cannon said he could not find, phone #in Keelan's contacts, which Cannon called ALL former students.)

In the context of a Brady claim,

a CUMULATIVE EVALUATION OF THE MATERIALITY

of wrongfully withheld evidence is required.(Wearry)

E. **HOMOPHOBIC BIAS AND SUMMARY:** Remember the words of Justice O'Connor "...the State cannot single out one indentifiable class of citizens for punishment that does not apply to everyone else, with**moral disapproval** as the only asserted government interest." (Lawrence v. Texas) In 2018, the 11th Circuit acknowledged the truth of the Keelan case inSmith v. Berthiaume: "While some jurors are not biased based on sexual orientation, some are..and **many people still harbor bias against homosexuals.**"

Until and unless homosexuals are treated EQUALLY before the

-16-

law, BOTH J.S. and Keelan can look forward to nothing but the status of outcasts, a designation neither deserves. The denial of J.S.'s liberty led to the denial of Keelan's and police enabling of a fraudulent insurance claim.

Let the words of Justice Kennedy finish:

**"Outlaw to outcast may be a step forward, but it does not achieve the full promise of liberty."** (<u>Obergefell v. Hodges</u>)

Keelan apologizes for the rush job, but conditions are near unbearable. He is sending a copy to Lambda Legal to ask for an amicus filing.

Please acknowledge the legitimacy of these claims, and do not allow him to die alone in New Jersey of corona virus disease.

If you do so, PLEASE clear his name for having hurt someone for whom he sacrificed his life to love. Let the legacy of love, however strange, be exposed for what it truly was.

<u>**EXHIBIT A P.1**</u>





EXHIBIT A p.2

Miami Book Fair
11/18/2012
Art & Jacob

Miami Zoo
3/14/2013
Art & Jacob

**EXHIBIT B p.1**

## Re: IAY

**Header #1**

From: **Tom** (fox58@cox.net)
Sent: Thu 5/31/12 10:53 AM
To:     Rex nazir (lexicon444@hotmail.com)

All good.
Sent from my Verizon Wireless BlackBerry

---

**Header #2**

From: Rex nazir <lexicon444@hotmail.com>
Date: Thu, 31 May 2012 09:37:43 -0400
To: Tom Keelan <fox58@cox.net>
Subject: RE: IAY

Thank you... I can talk Friday around 11 ish is that ok ? This way we can talk and enjoy each others company. Plus you can tell me how to get to our place.. ok let me know I will txt when I can going to the UM cancer doctors (Sylvester Cancer Center) with my father the whole family is going, as you said Happy Happy Joy Joy...

**Header #3**

> Date: Wed, 30 May 2012 23:29:11 -0400
> From: fox58@cox.net
> To: lexicon444@hotmail.com
> Subject: RE: IAY
>
> You are so beautiful to me.

> --- Rex nazir <lexicon444@hotmail.com> wrote:

**ALTERED
Header #4**

> >
> >
> >
> > Ok, damn this was
> > an emotional letter, best so far! I also feel the same when we could talk for
> > real as well. I believe you should understand everything. Being INFP's, we want
> > to know everything, especially about the person we are in a relationship with, to
> > make us feel secure. I get it.
> >
> >
> >
> > Wow, that is fucking dark ( one of the few times
> > I curse, btw). NO, NO, NO, NO, I will never kill you nor do I want to. You are
> > everything to me, believe it or not (you better believe it)! Without you, I
> > would be lost, expecially now with my chaotic and controlling family. You give
> > me the freedom and security I need to survive, you know that!!
> >
> >
> >
> > I am good at getting people to believe me, but I
> > am definitely no master. You taught me some here and there, but I am not super or
> > anything like that. With you, I can't lie, and you know that! The only time I
> > lied was when the situation at home was too chaotic, but told you once the
> > situation calmed down. I tell you when it gets too much when I can't control

> > To answer two and three simultaneously:
> > no, I was not with other guys. I made it up to see your reaction because I was
> > insecure about myself. I wanted to see if I was really worthy without thinking
> > about your feelings- sometimes it is hard for me to think of you other than
> > greatness (blush). As for my parents, they were in the dark the whole time.
> > They heard me talking to you at night, but didn't know who. After the rumor,
> > they tried putting the pieces together. Since it was all speculation, they are
> > still in the dark. They start accusing me of anything and everything, from
> > smoking pot and cigarettes to having sex with girls at my school, to having sex
> > with men, to having sex with older men, to me being a total dick and misfit.
> > They did send me to therapy; they are the ones who should have went, due to
> > their own fears. After I started drinking, and they found out, they felt happy
> > since I backed up their reason for sending me to therapy, since I am always the
> > black, screwed up sheep in the family.
> >
> >
> >
> > The therapy was just with a group of kids
> > talking about our problems. No one took anything seriously, everyone still did
> > their shit and bullshitted. In boarding school, I could have gotten any
> > material objects, virtually. There was one kid who lived in the area, so he was
> > able to sneak out and get some beer, snoops, weed, etc. I never smoked, don't
> > think I ever will, only drank. Me being out of control really. Even though I
> > was in the house, I became more vial and angry, openly, toward my parents. I
> > started to curse more frequently and drink more often. I didn't care at that
> > point. Without you to give me my sense of worth, I didn't value my life at all.
> > I was hurting bad. No chance to contact you. Without school, there were no
> > computers. Without computers there, I couldn't contact you as frequently. No
> > school also meant no contact with human beings, no human beings meant no
> > technology and freedom. No technology and freedom meant no tommy. So, I was on
> > lock down at the house.
> >
> >
> >
> > Yes, this email was a hard one tommy. I am
> > super impressed, most emotional one yet, I believe (definitely top three)!!

**EXHIBIT B p.2**

http://by158w.bay158.mail.live.com/mail/PrintMessages.aspx?cpids=53963a08-ab30-11e1-...   6/4/2012

> > This is how we get along and understand each other. I think we should have one
> > once a week or so. Anything more would make us both emotional and chaotic. lol.
> > So, when you were going through your paranoia and emotional break down, I was
> > going through mine. I have missed you so much!!! I won't say anything too much
> > here, but you get the message. I feel closer to you know. I miss you, your
> > body, your tommiess...
> >
> >
> >
> > I will always take care of you, mi amor. You
> > know that. I know, likewise, you will take care of me. You live up to your
> > promises. I will always live up to mine. Thank God I made time for this. gtg
> > for now. Speak when I can.
> >
> > TATATA TTFN
> >
> > IAY and KYAL times
> >

**EXHIBIT B p.3**

> > 100000000000000000000000000000000000000000000000000000000000000000000000000000000000

EXHIBIT C1  1 of 1

x-store-info:QhCQHSXEw5W8?NL 7KXL1q~t3J1+pPG/X2UiR2pDnlwz8TY8zJXmJxI/H42J8iuCEz?B/gJadpJBwz4u34zqOqd+WpgrUf=Gz1+EZX8mO7ArR EDa12wtmbm18Yn21
Authentication-Results: hotmail.com; sender-id=pass (sender IP is 68.230.241.217) header.fr.m=fox58@cox.net; dkim=n ne header.d=: x.net/ x-
X-SID-PRA: fox58@cox.net
X-SID-Result: Pass
X-DKIM-Result: N ne
X-Message-Status: n:0:n
X-AUTH-Result: PASS
X-Message-Deli el_I V1DKl1E IXMttdCsPTE7iTV JOLWMDCERDO~GINDTBNG
X-Message-Info: wjTPN9X1Lm+8/f6t G2cOm2ntQen1 56?pd,2aEzHZ~bGmmsMcRH2YFaMHHehm...?GEzj,k24M?f,SLvcr~KFIO1F3s MJxpotG,7BY+xdElm WX+cMK3vP4bfL1
R-cei ed: from eastrmfepo202.cox.net ([68.230.241.217]) b C3L0-MC~-F38.Col0.hotm~il.com with Micro.. ft SMTP:C(6.0.3790.4900);
        Tue, 22 May 2012 19:17:2( -0700
Receives: fr.m eastrmfepo109.cox.net ([68.230.241.222])
        b. eastrmfepo202.cox.net
        (InterMail VM.8.01.04.04 201-2260-137-20161110) with ESMTP
        id <20120523021719.XTCd1165.eastrmfepo202.cox.net@eastrmimp.109.c. x.net>
        for <lexic n44@hotm~il.c m>; Tue, 22 Ma, 2012 22:17:13 -0400
Received: from eastrmmsl107 ([172.18.18.237])
        1y eastrmimp.109.cox.not with bizsmtp
        id DEHK1jG064h0NJLO2EHHK4F; Tue, 22 Ma, 2012 22:17:19 -040J
X-CT-Cl.as: Clean
X-CT-Sc re: 0.00
X-CT-RefID: str-0001.0A020205.4FFC48AF.0019,ss=1,re=0.000,fgs=?
X-CT-Spam: 0
X-Auth~rit_~Anal sis: ~:1.1 cv=oCnpYUhdm qPuxlMq?fsn3fqY3je:QI3Oqwju2dxGGE=
        c=1 sm=1 a=C8Uxzd6UNMoA:10 s=u?Y-YW8qWiOA:10 a=IkcTKHE?fZNA:10
        a=YwHkz19EG DxxyzaDExBIQ==:17 a=MX2tVz5qoyamDYI2JNQA:9
        a=kQE2yGKCPFb8PF3Y1DYA:7 a=QEXdDG2utJYA:10 a=Y-Hkr19E0vDrx,zaEExBIQ==:177
X-CM-Score: 0.00
Authentication-Results: c x.n-t; none
Recei ed: from 68.226.67.117 by eastrmmail.east.cox.net) Tue, 22 Ma; 2012 22:17:19 -0400
Mess.ge-ID: <20120522221719.TAEJ2.997580.imai18eastrm-ml107
Date: Tue, 22 Ma, 2012 22:17:19 -(400
From:   <fox58@cox.net>
To: Rex Nazir <lexicon44@hotmail.com>
Subject: Alwa;,
In-Repl_-To: <BAY158~N97F2FCD2D9E91E0DUA6C7C811CQ@phx.gbl>
MIME-Version: 1.0
Content-T,pe: text ,lain; charset=utf-8
Content-Transfer-Encoding: 7bit
X-Priority: 3 (Normal)
Sensiti it_: N( rmal
Return-Path: fox58@cox.net
X-OriginalArri alTime: 23 Ma; 2012 02:17:20.0095 (UTC) FILETIME=[2E8876F0:01CD388A]

I want ,ou in m; life in ever, wa, Is that cl:ar?

Hearing ;ou in pain c:uses me interminable gri~t. I wish I were rich : ve c:uld trav:l the world together, and s:e everything that has bee
Jac: , al, I nover cut contr:t. I tried to r: :r act against ;our wishes, n: er t: t: giv: m; l:ve with requirements. I wept when ;ou said
I a:ked :hen we met that one thing n: :r happen: that ;ou ask b:: to do something and then hate me for it later. I do not l:ke to write some
I dr:ve to Miami : ur Christmas and :n ve around your neighborh: d in the hopes of seeing :u ok. It didn't :ork, :brious;;. I lost you, th
I ha:e tried to live m; life, h:ping that some da; I would hear from ;u again. I w:s preparing, as I said, to be there at midnight on your
I love ;ou and alwa_; will, whether :u love me : no. I think ;ou are amazing, and I will do everything in m, p::er to make sure that you
The fact that what ;:u want includes me :g:in is the greatest j-, of m; life. Other people d: not change th:t. I did every:hing I could for
You ha e it all fr:m me. Giving it to ;ou will bring me jo , Alwa;s.

I h pe this helps.

YL,
Tom

*Printed AFTER C2 Discovery version* (handwritten)

Hotmail Print Message                                                    Page 1 of 1

**EXHIBIT C2**

## Always

*Witheld version*

From: **fox58@cox.net**

Sent: Tue 5/22/12 10:17 PM

To: Rex nazir (lexicon444@hotmail.com)

I want you in my life in every way. Is that clear?

Hearing you in pain causes me interminable grief. I wish I were rich so we could travel the world together, and see everything that has been denied you.

Jacob, ml, I never cut contact. I tried to never act against your wishes, never to to give my love with requirements. I wept when you said you did not want to see me anymore, but I vowed to do what was best for you no matter the cost to myself. I do kiss your vocab quiz in the hope that somehow you would know you were loved.

I asked when we met that one thing never happen: that you ask me to do something and then hate me for it later. I do not like to write something that can be used against me. You told me the yahoo address was compromised, so I assumed from the tone (which did NOT sound like your voice) that someone was trying to get you and me in trouble.

I drove to Miami over Christmas and drove around your neighborhood in the hopes of seeing you ok. It didn't work, obviously. I lost you, then was convinced I was to have to fight for my freedom, and then I was convinced that I was to lose you, my freedom and that you hated me to boot. I was devastated.

I have tried to live my life, hoping that one day I would hear from you again. I was preparing, as I said, to be there at midnight on your birthday, even though I believed you no longer loved me, to take you where you needed to go and to give you some money to get a start. I would have been cruising Miami this summer in the hopes of seeing you ok.

I love you and always will, whether you love me or no. I think you are amazing, and I will do everything in my power to make sure that you have the life you want.

The fact that what you want includes me again is the greatest joy of my life. Other people do not change that. I did everything I could for you without contact: planning to see you and help as best I could, making those who love me promise to help you, searching for any information I could get as to your well being.

You have it all from me. Giving it to you will bring me joy. Always.

I hope this helps.

YL,
Tom

*cf. C1*



EXHIBIT C3

# Re: back

*Cannon forcing
continuation of
relationship.*

From: **Tom** (fox58@cox.net)
Sent: Thu 5/10/12 1:48 PM
To: Rex nazir (lexicon444@hotmail.com)

I am overjoyed that you are ok.
Sent from my Verizon Wireless BlackBerry

---

**From:** Rex nazir <lexicon444@hotmail.com>
**Date:** Thu, 10 May 2012 12:41:53 -0400
**To:** Tom Keelan<fox58@cox.net>
**Subject:** RE: back


tom it is me........ will you call

---

Subject: Re: back
To: lexicon444@hotmail.com
From: fox58@cox.net
Date: Thu, 10 May 2012 16:32:18 +0000

Where are you now?
Sent from my Verizon Wireless BlackBerry

---

**From:** Rex nazir <lexicon444@hotmail.com>
**Date:** Thu, 10 May 2012 12:24:09 -0400
**To:** Tom Keelan<fox58@cox.net>
**Subject:** RE: back

Tom here is the number please call me. 786-528-6925

> Date: Thu, 10 May 2012 12:10:18 -0400
> From: fox58@cox.net
> To: lexicon444@hotmail.com
> Subject: RE: back
>
> Yes, of course.
> ---- Rex nazir <lexicon444@hotmail.com> wrote:
> >
> > Can I call you please.
> >
> > Subject: Re: back
> > To: lexicon444@hotmail.com
> > From: fox58@cox.net
> > Date: Thu, 10 May 2012 15:50:12 +0000
> >
> >
> >
> >
> > The last thing I got from this email before today was that you wanted me in jail. And I said Jacob

To: lexicon444@hotmail.com
From: fox58@cox.net
Date: Thu, 10 May 2012 14:26:01 +0000

How do I know it's you?
Sent from my Verizon Wireless BlackBerry

---

**From:** Rex nazir <lexicon444@hotmail.com>
**Date:** Thu, 10 May 2012 09:45:43 -0400
**To:** Tom Keelan <fox58@cox.net>
**Subject:** back

Hey whats.s up? I just got back from boarding school.My parents sent me because of me rebelling-eating
non-kosher not keeping the "holy" Sabbath etc. anyway I am back. I got back a month ago,and parents
are finally giving me freedom! How are you I missed you a lot and kept thinking about you I tried
contacting you during therapy but I think you did not believe it was me. hope you answer soon. KYAL
TTFN

Hotmail Print Message

C 4 p.1   Page 1 of 2

*Keelan saying "No!"*

## TA as you are

From: **fox58@cox.net**

Sent: Sat 5/26/12 9:27 AM

To:   Rex nazir (lexicon444@hotmail.com)

That letter was phenomenal, and has made me feel wonderful. Talking to you was phenomenal. I feel like we are where we were when we could talk for real. All I want to understand everything. Realize that no answer to any question, no argument, no difficulty, will make me say no to you. PLEASE do not get mad. I give you things I didn't want to. I just want to understand everything.

The darkest nightmare I have had in this month is dark indeed. The you-love-me, you-hate-me conflict, mixed with my paranoia gave me a nightmare that you wanted to see me because you wanted to kill me, because you loved me AND hated me. I decided I would come anyway, because I have never said no to you. It doesn't matter. I am past it anyway.

I feared telling you this, because it would make you not want to be my friend. Your letter said we understand each other, and so be it. I give you the whole truth. It is not pretty, but realize long ago I made the decision to stand by my vow; I would love you no matter what, even if you hated me.

We are both extraordinary at getting people to believe in us. Welcome to the IMPF world. You have had to live a life of lying, and it has made you very good. You can lie with the truth, as can I. The joy of our relationship is that I can tell you the whole dark (and light) truth.

What I ask, Jacob, is the once and for all truth. Please try NOT to color answers to get what you want. I will give it to you anyway. And don't get mad. This has been complicated.

To these things, you have lied, one way or another, and I know you have answered these. I just want you to tell me the whole truth, once and for all, both or bad, and realize that nothing changes whatever your answer.

ONE: You love me, you hate me. One of those is true. One is not. Or perhaps on this one, both are true. Doesn't matter to my feelings. (I know this answer. ENTAL)

TWO: You were with other guys, you were not. You MIGHT be tempted to lie return that to make sure I come see you. Trust me, you could have been with a troopship and it does not matter. Before you dropped contact the first time, you said your parents were accusing you of being with older guys.

THREE: Your family knows everything, the rumor was quashed. You might lie about that one so I don't think the situation is dangerous. Doesn't matter. I will take any risk for what we have. You said you were in therapy for the rumor. If not, what was it? Were you cutting again? What was it?

So straighten those out for me please. I think I have the first one, and it brings me joy. The other two make my head spin. I need no apology for the lies one way or the other. I just want to understand what you have been through.

The other questions:

Hotmail Print Message

That was the therapy rehab? How were you drinking during therapy?

What was the precipitating event to send you away?

What happened with contact that whole summer? We were exchanging friendly emails until school got out, and then nothing, from the end of May until this way. No chance? Not equal? Combination?

I am trying to reconstruct a year of bafflement, fear, loss, anger, loneliness and gnawing worry into a narrative I understand. You said you would help me work this out. I am trying to envision a year of your life, and mix it relates to mine. To ours.

I love you beyond words, and will do anything for you. This is a hard email. I know it is you now, I no longer fear that you are trying to hurt me. You have in the past not told me things to protect my feelings. You asked me to be honest about hard questions.

You should know now that I have never left you spiritually and emotionally. I understand your confusion. I believe you will take care of me. I believe all that. Just trust me with all of the truth. Honor me with your trust. You said we will survive hard moments. This should not be the one, but it it is. We will survive it. I want to know what you have lived through, I want to understand you.

Jeff
XX

EXHIBIT D (Quality and content of REAL email in discovery)

**Unknown**

| | |
|---|---|
| **From:** | Rex nazir [lexicon444@hotmail.com] |
| **Sent:** | Thursday, May 19, 2011 2:20 PM |
| **To:** | fox58@cox.net |
| **Subject:** | RE: Spasmodic attacks of the diaphragm? (Another name for these?) |

I didn't meant to make you worry!! I was just saying just for saying. SOrry, I will stop. Yes, fifteen long months, lol.

I will always CARE FOR YOU!!! get that?

Anyway, sorry for the brevity, library was closed today. TATA Speak to you tomorrow.

---

From: fox58@cox.net
To: lexicon444@hotmail.com
Subject: RE: Spasmodic attacks of the diaphragm? (Another name for these?)
Date: Wed, 18 May 2011 14:17:09 -0400

Don't lose hope, whatever happens to me, don't lose hope, k?

Are you trying to give me a stroke? What is going to happen? As I said, all I NEED is your well-being. If you go to rehab, or reform school, or whatever, I will not lose hope. If you were hurt, I could not forgive the universe. Or the people that hurt you. Even if it is you. All the care I have given would be wasted. I risk the potential grief from this contact to make sure you know someone cares, and will always do so. And for th joy you bring me. Please do not think things like this, never mind say them. It sounds like a warning. You didn't mean it that way, I hope. FIFTEEN months, and the sentence is over. Do not do anything that will make it worse. 15 months will be gone in a flash.

Spasmodic attacks of the diaphragm are also called HICCUPS. Do your quiz next time!

Not worry about you, not possible.

I mean don't worry about me because things are pretty good for me. Continue caring, PLEASE, but I am healthy and doing reasonably well. The only thing wrong is worrying about you. So take care of YOU! For me, if you will not do it for you.

Glad you won!!

I am glad I won too. I need to find more money in general. Trying to get Miami tutoring in the summer, but no takers yet.

Sorry, don't mean to e sighing, but the phone I use must be replacing the word for thte word sigh.

"Contrite" means feeling sorry. Did you just say sorry for saying sorry? Cut it out!!! You have nothing to be sorry for. Not to me, and not really to the world either.

You do this from a phone? I get it. Anyway, TOTS TA, darkness away. I hope you can answer before the weekend to clarify that scare statement. Let nothing happen to you, and I will live in hope. Understood?

From: Rex nazir [mailto:lexicon444@hotmail.com]
Sent: Wednesday, May 18, 2011 12:41 PM
To: fox58@cox.net
Subject: RE: Spasmodic attacks of the diaphragm? (Another name for these?)

1

867

## CERTIFICATE OF SERVICE

A true and accurate copy of this appeal was sent to the 11th Circuit office in Atlanta on April 10.Under the prison mailbox rule, it is timely when it is received. Keelan entered it into the prison legal mail system so its date of receipt is logged. Copies were sent to all on this list in order that the issues might be publicly acknowledged. When the government lies about the cause of death of a homosexual, it is an issue for all of society to consider. EVERY statement contained herein is TRUE to the best of the petitioner's Knowledge, and he will polygraph to any statement. It is hoped that any counter claims by Government witnesses would be open to the same standard.

Signed on this date 4/10/11

Thomas P. Keelan, petitioner

C:

Jennifer Cerny
Paul Petruzzi
Hon. Jose Martinez
AUSA Vanessa Johannes
Lambda Legal Defense Fund
National Public Radio
Miami Herald

Thomas P. Keela...
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640



Trenton P&DC NJ 086
MON 13 APR 2020 PM

CLEARED SECURITY
APR 16 2020
U.S. MARSHALS SERVICE
Atlanta, Georgia

Eleventh Circuit CAP
Tuttle CAP Building
56 Forsyth St. NW
Atlanta, GA 30303

EMERGENCY CONSIDERATION-CORONA VIRUS
Notice of Appeal
Request for COA

Case #17-020158-CIV-MARTINEZ/GOODMAN
(Cr#: 12-10496-CR-MARTINEZ

FEDERAL CORRECTIONAL INSTITUTION
P. O. BOX 2000
FORT DIX, NJ 08640     04/14/2020
The enclosed letter was processed through special mail
procedures. This letter has been neither opened nor
inspected. If the writer raises a question or problem over
which this facility has jurisdiction, you may wish to return
the material. If the writer encloses correspondence for
forwarding to another address or includes unauthorized
items, please return to the above address.

# UNITED STATES COURT OF APPEALS

Eleventh Circuit
56 Forsyth St., NW
Atlanta, GA  30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 20, 2020

Clerk of Court
U.S. District Court for the
     Southern District of Florida (Miami)

RE: Notice of Appeal, Request for Certificate of Appealability
     Case No. 17-cv-20158-JEM, *Keelan v. United States*
     Case No. 12-cr-20496-JEM-1, *United States v. Keelan*

On April 16, 2020, the Court received the above-referenced documentation from Thomas Keelan.  Pursuant to 11th Cir. R. 22-1(a) and Fed. R. App. P. 4(d), we are forwarding the documents to your court for processing in the above-referenced cases.

By separate letter, Mr. Keelan is being advised of the transfer of his documentation to your court.

Sincerely,

David J. Smith/ekg

Enc.

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**
ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 20, 2020

Thomas Keelan
98219-004
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ  08640

RE: Notice of Appeal, Request for Certificate of Appealability
 Case No. 17-cv-20158-JEM, *Keelan v. United States*
 Case No. 12-cr-20496-JEM-1, *United States v. Keelan*

On April 16, 2020, the Court received the above-referenced documentation from you. Pursuant to 11th Cir. R. 22-1(a) and Fed. R. App. P. 4(d), we are forwarding the documents to the U.S. District Court for the Southern District of Florida for processing in the above-referenced cases.

Sincerely,

David J. Smith/ekg