(Form 4)  **Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis**

FILED BY __PG__ D.C.
MAY 05 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

United States District Court for the __Southern__ District of __Florida__

A. B., Plaintiff __Thomas Patrick Keelan__

v.

Case No. __17-CV-20158-JEM__

C. D., Defendant __United States of America__

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: __4/30/20__    Signed: __Thomas P. Keelan__

My issues on appeal are: __Brady + Giglio, homophobic bigotry, police misconduct__

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ ___ | $ ___ | $ ___ |
| Self-employment | $ 0 | $ ___ | $ ___ | $ ___ |
| Income from real property (such as rental income) | $ 0 | $ ___ | $ ___ | $ ___ |
| Interests and dividends | $ 0 | $ ___ | $ ___ | $ ___ |
| Gifts | $ 200(?) | $ ___ | $ ___ | $ ___ |
| Alimony | $ 0 | $ ___ | $ ___ | $ ___ |
| Child support | $ 0 | $ ___ | $ ___ | $ ___ |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 0 | $ ___ | $ ___ | $ ___ |
| Disability (such as Social Security, insurance payments) | $ 0 | $ ___ | $ ___ | $ ___ |
| Unemployment payments | $ 0 | $ ___ | $ ___ | $ ___ |
| Public-assistance (such as welfare) | $ 0 | $ ___ | $ ___ | $ ___ |
| Other (specify): _____ | $ 0 | $ ___ | $ ___ | $ ___ |
| **Total monthly income:** | $ 200 | $ ___ | $ ___ | $ ___ |

2.  List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| _incarcerated_ | _for 8 years_ | | |
| | | | |
| | | | |

3.  List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.) _NA_

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4.  How much cash do you and your spouse have? $ _0_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ _0_ | $ |
| | | $ _0_ | $ |
| | | $ _0_ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.   _Attached_

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| _0_ | | Make & Year: |
| | | Model: |
| | | Registration #: |
| **Other Assets (Value)** | **Other Assets (Value)** | **Motor Vehicle #2 (Value)** |
| | | Make & Year: |
| | | Model: |
| | | Registration #: |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _0_ | | |
| | | |
| | | |

7.  State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|   | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ NA - incarcerated |   |
| Are real-estate taxes included? ☐ Yes ☐ No | $ _____ | $ _____ |
| Is property insurance included? ☐ Yes ☐ No | $ _____ | $ _____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ _____ | $ _____ |
| Home maintenance (repairs and upkeep) | $ _____ | $ _____ |
| Food | $ _____ | $ _____ |
| Clothing | $ _____ | $ _____ |
| Laundry and dry-cleaning | $ _____ | $ _____ |
| Medical and dental expenses | $ _____ | $ _____ |
| Transportation (not including motor vehicle payments) | $ _____ | $ _____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ _____ | $ _____ |
| Insurance (not deducted from wages or included in mortgage payments) | $ _____ | $ _____ |
| Homeowner's or renter's | $ _____ | $ _____ |
| Life | $ _____ | $ _____ |
| Health | $ _____ | $ _____ |
| Motor Vehicle | $ _____ | $ _____ |
| Other: _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ _____ | $ _____ |
| Installment payments | $ _____ | $ _____ |
| Motor Vehicle | $ _____ | $ _____ |
| Credit card (name): _____ | $ _____ | $ _____ |
| Department store (name): _____ | $ _____ | $ _____ |
| Other: _____ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ _____ | $ _____ |
| Other (specify) | $ _____ | $ _____ |
| Total monthly expenses | $ _____ | $ _____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☑ No        If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

    ☐ Yes  ☑ No        If yes, how much: $ _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes  ☑ No        If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    incarcerated for 8 years.

13. State the address of your legal residence.   FCI Fort Dix
    P.O. Box 2000
    Point Base MDL, NJ 08640

    Your daytime phone number: (____) na
    Your age: 62    Your years of schooling: 20 (Masters)
    Your Social Security number: 019-440293

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 98219004 | Current Institution: | Fort Dix FCI |
| Inmate Name: | KEELAN, THOMAS | Housing Unit: | FTD-A-B |
| Report Date: | 04/30/2020 | Living Quarters: | A02-476L |
| Report Time: | 10:02:32 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2551 |
| PAC #: | 893902838 |
| Revalidation Date: | 28th |
| FRP Participation Status: | Completed |
| Arrived From: | PHL |
| Transferred To: | |
| Account Creation Date: | 6/17/2012 |
| Local Account Activation Date: | 8/26/2015 3:17:29 AM |
| Sort Codes: | |
| Last Account Update: | 4/22/2020 1:52:53 PM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

*W. Delaney / unit manager 4/30/2020 FCI Fort DIX*

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ✓ Payroll   ✓ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.21 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

| | |
|---:|:---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.21 |
| National 6 Months Deposits: | $1,978.72 |
| National 6 Months Withdrawals: | $2,101.14 |
| Available Funds to be considered for IFRP Payments: | $1,528.72 |
| National 6 Months Avg Daily Balance: | $76.16 |
| Local Max. Balance - Prev. 30 Days: | $112.32 |
| Average Balance - Prev. 30 Days: | $32.17 |

*[handwritten: P. Delaney/UWO unit manager FCI Fort Dix, NJ 4/30/2020]*

## Commissary History

### Purchases

| | |
|---:|:---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $2,179.05 |
| Last Sales Date: | 4/22/2020 1:52:53 PM |

### SPO Information

| | |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | Yes |
| Spending Limit: | $180.00 |
| Expended Spending Limit: | $65.80 |
| Remaining Spending Limit: | $114.20 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

Thomas P. Keelan 98219-004
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

LEGAL MAIL
TIMELY PRISON MAILBOX 4/30/2020
TIF, IFP, Interested Persons

FEDERAL CORRECTIONAL INSTITUTION
P. O. BOX 2000,
FORT DIX, NJ 08640

The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

USMS
INSPECTED
RECEIVED

Angela Noble
Clerk of Court
US District Court
400 N. Miami Ave.
Room 8N09
Miami, FL 33128-7716

33128-771699

MAY 05 2020
1:06 PM

01 MAY 2020 PM 4
TRENTON NJ