```
            Thomas P. Keelan 98219-004
                  FCI Fort Dix
                  P.O. Box 2000
            Joint Base MDL, NJ 08640
```

David J. Smith                                    4/30/2020
Clerk of Court
11th Cir. CAP
                                        RE: 17-CV-20158-JEM
                                            CAP 20-11487-E
    and

Angel E. Noble
Clerk of Court
US District Court
Southern Dis. of Florida



Dear Mr. Smith and Ms. Noble:

I received notice from the 11th CAP that my case was docketed in a letter dated April 23. I received the letter on April 28, informing me that I had a deficiency, AND notice that my case was filed on the 16th. That makes me untimely on May 1.

I received the TIF in a letter **dated 4/8/2020**, that was post-marked **4/22**. I was given the letter by Fort Dix on **4/29**.

I received the Certificate of Interested Persons form from the 11th Circuit in a letter **postmarked 4/20**, and marked as legal mail. The BOP stamped the letter as not meeting the criteria for legal mail. I have sent a copy. ALSO on **4/29**!

I am simply asking the courts to give me a FAIR chance to comply. If Fort Dix accepts legal mail, they must give it to the inmate within 24 hours of receipt.

It is a clear violation of due process when the federal government itself violates my rights guaranteed by the Constitution.

I have been denied TRULINCS because of the "crime" I did not commit, and the internet I did not use. I have been denied legal calls repeatedly because of the homosexual nature of my case.

A cursory review of my Appeal will show that the police **lied about what was killing a young gay man. Lies for MONEY!**

I will continue to point out the injustice of my case, and my subsequent treatment.(I have been extorted, assaulted, beaten in my sleep with a broomstick, and RAPED while IN so-called protective custody.)

I have attempted to file all your forms by the April 30 date. This letter is timely under the prison mailbox rule. Please be **FAIR!**

                                    Thomas P. Keelan

Thomas P. Keelan 98219-004
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

LEGAL MAIL
TIMELY PRISON MAILBOX 4/30/2020
TIF, IFP, Interested Persons

Angela Noble
Clerk of Court
US District Court
400 N. Miami Ave.
Room 8N09
Miami, FL 33128-7716

33128-77l659

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640
The enclosed letter was processed through special mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

USMS
INSPECTED RECEIVED

MAY 05 2020
1:06 PM

01 MAY 2020 PM 4 TRENTON